UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L. RUTHER,

    Plaintiff,

v.

STATE OF MICHIGAN,

    Defendant.
_____/

Case No. 17-cv-10176
Hon. Matthew F. Leitman

**ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT**

On January 9, 2017, Plaintiff L. Ruther ("Ruther") filed this action against Defendant the State of Michigan. (*See* Compl., ECF #1.) After expending considerable effort, the Court concludes that it cannot adequately decipher Ruther's handwriting in the Complaint because it is not legible. Nor can the Court discern from the currently-filed Complaint (1) what Ruther's alleged cause of action is or (2) how this Court has jurisdiction over Ruther's claim(s). The allegations of record are therefore insufficient to establish the Court's jurisdiction in this case.

Accordingly, **IT IS HEREBY ORDERED** that by no later than **February 27, 2017**, Ruther shall file an Amended Complaint that contains (1) a more definite statement of his claim(s) against the State of Michigan and (2) sufficient factual allegations to establish this Court's subject-matter jurisdiction. In addition, to

1

enable the Court to review the Amended Complaint, Ruther shall submit that pleading in a format that is legible to the Court. Specifically, Ruther is ordered to either (1) submit his Amended Complaint in a typed format (either by use of computer, typewriter, or other word processor) or (2) hand-write the Amended Complaint on every other line of his paper (i.e., he must leave a blank line in between the lines of text that he writes). Any hand-written Amended Complaint shall also use both uppercase and lowercase letters (i.e., it must not use all capital letters) and no writing shall appear within one inch of the top or bottom of each page.

If Ruther does not file an Amended Complaint with the Clerk of the Court as set forth above by **February 27, 2017**, the Court will dismiss his Complaint without prejudice.

**IT IS SO ORDERED**.

Dated: January 25, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113