UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L RUTHER,

    Plaintiff,

Case No. 17-cv-10176
Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN,

    Defendant.
_____/

# **JUDGMENT**

In accordance with the Order (1) Dismissing Order to Show Cause, (2) Dismissing Amended Complaint Without Prejudice, and (3) Denying Application to Proceed *In Forma Pauperis* as Moot, dated May 3, 2017,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                        DAVID J. WEAVER
                                        CLERK OF COURT

                               By:    <u>s/Holly A. Monda</u>
                                                     Deputy Clerk

Approved:

<u>s/Matthew F. Leitman</u>
MATTHEW F. LEITMAN
United States District Judge

Dated: May 3, 2017
Detroit, Michigan