UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L. RUTHER,

    Plaintiff,                                      Case No. 17-cv-10176
                                                Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN,

    Defendant.

_____/

**<u>ORDER DENYING MOTION FOR RECONSIDERATION (ECF #8)</u>**

On May 12, 2017, Plaintiff L. Ruther filed a handwritten motion titled "Motion Stay Order 5-3-17." (*See* ECF #8.) As with Ruther's previous filings in this action, it is very difficult for the Court to discern Ruther's handwriting.[1] It appears that Ruther is requesting that the Court reconsider its May 3, 2017, Order dismissing his Amended Complaint without prejudice. (*See* ECF #3.) The Court will therefore construe Ruther's current filing as a motion for reconsideration of that Order.

---

[1] On January 25, 2017, the Court entered an Order to Show Cause in which it, among other things, ordered Ruther to re-file his Complaint either "in a typed format" or hand-written on "every other line of paper" while using "both uppercase and lowercase letters (i.e., [not using] all capital letters)." (ECF #3 at Pg. ID 7.) Ruther failed to comply with the Show Cause Order and his current motion likewise does not comply with the legibility requirements of the Show Cause Order.

1

Ruther's reconsideration motion is **DENIED** because he has not demonstrated a palpable defect by which the Court has been misled nor shown that correcting such a defect (if it exists) would result in a different disposition of the case. *See* E.D. Mich. Local Rule 7.1(h).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 31, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113